THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, *et al.*, | CASE NO. C17-0784-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AXIS SURPLUS INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to dismiss (Dkt. No. 13). Both Plaintiffs and Defendants, in their responsive briefing, make arguments based on Washington State and Alaska insurance and contract law. (Dkt. Nos. 13 at 7 n. 1, 18 at 4–5, 23 at 5–6.) Which state's law controls is relevant for this Court in considering Defendants' motion to dismiss (Dkt. No. 13).

Parties are DIRECTED to file supplemental briefing addressing choice of law. Briefs should be limited to five pages and must be filed no later than September 29, 2017. The Clerk of the Court is DIRECTED to renote Defendants' motion to dismiss (Dkt. No. 13) to September 30, 2017.

1  DATED this 19th day of September, 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk