UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PREMIER HARVEST LLC, *et al.*,

Plaintiffs,

v.

AXIS SURPLUS INSURANCE COMPANY, *et al.*,

Defendants.

CASE NO. C17-0784-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for reconsideration (Dkt. No. 59) of the Court's order denying Defendants' motion to quash (Dkt. No. 58). Motions for reconsideration are generally disfavored. W.D. Wash. Local Civ. R. 7(h)(1). Reconsideration is appropriate only if there is "manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *Id.* "A motion for reconsideration should not be used to ask the court to rethink what the court had already thought through—rightly or wrongly." *U.S. v. Rezzonico*, 32 F. Supp. 2d 1112, 1116 (D. Ariz. 1998) (internal quotation marks and citation omitted).

Defendants argue that the Court overlooked the declaration of Stephen Lajewski, AXIS Surplus Insurance Company's Vice President of Claims, describing the anonymous tip the

company received that Plaintiffs may be fraudulently inflating their claim. (Dkt. No. 24 ¶ 6.) But Defendants made no reference to Mr. Lajewski's declaration in their motion to quash or related exhibits. (*See generally* Dkt. Nos. 52, 53.) The Court need not consider facts that could have been brought to the Court's attention earlier with reasonable diligence. W.D. Wash. Local Civ. R. 7(h)(1). Further, even if the Court were to consider Mr. Lajewski's declaration, it is insufficient to overcome the presumption that documents created prior to a final decision on an insured's claim are not protected. *Lains v. Am. Family Mut. Ins. Co.*, No. C14-1982-JCC, slip op. at 2–3 (W.D. Wash. Dec. 1, 2015).

Defendants' motion for reconsideration (Dkt. No. 59) is DENIED.

DATED this 13th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0784-JCC
PAGE - 2