UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, *et al.*, | CASE NO. C17-0784-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AXIS SURPLUS INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's fee declaration (Dkt. No. 62.) Additional information is needed by the Court. Plaintiff is DIRECTED to itemize the time spent by the individuals included in Plaintiff's fee declaration between the following activities: (a) preparation of subpoenas, (b) meet-and-confer process, (c) preparation of response to motion to quash, (d) preparation of fee declaration, and (e) other activities.

DATED this 18th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk