THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AXIS SURPLUS INSURANCE COMPANY, *et al.*, <br><br> Defendants. | CASE NO. C17-0784-JCC <br><br> ORDER |

This matter comes before the Court pursuant to its discovery order awarding attorney fees to Plaintiff. (*See* Dkt. No. 58 at 4–5.) The Court has since received declarations from Plaintiffs' counsel, Isaac Ruiz (Dkt. Nos. 62, 64, 65). The declarations adequately support the amount of time spent responding to Defendants' motion to quash (Dkt. No. 52). Further, the attorney's rates are reasonable. Therefore, the Court awards Plaintiff **$7,977.50** in attorney fees.

//
//
//
//
//
//

1      DATED this 27th day of December 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0784-JCC
PAGE - 2