THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, *et al.*, | CASE NO. C17-0784-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AXIS SURPLUS INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of discovery and to continue the trial date (Dkt. No. 67). Currently, discovery is scheduled to close February 23, 2018, and trial is set for June 25, 2018. The parties assert that additional discovery time is needed following orders from this Court compelling production and denying Defendants' motion to dismiss (Dkt. Nos. 43, 58). Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 67). The trial date is reset to January 14, 2019. The Court understands the parties anticipate a twelve (12) day trial. The revised dispositive motion cutoff is 90 days prior to this date and the revised discovery cutoff is 120 days prior to this date. Document discovery shall be completed before further depositions are taken in the case. Motions related to document

1 | discovery shall be filed on or before March 1, 2018. Expert reports are due June 15, 2018.

2 | DATED this 30th day of January 2018.

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk