THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, *et al.*, | CASE NO. C17-0784-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AXIS SURPLUS INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to compel (Dkt. No. 74). Defendant Axis Surplus Insurance Company is ORDERED to provide the Court with copies of the documents Plaintiffs seek, as described in the declaration of Ian Birk (Dkt. No. 75-1 at 2–9), for purposes of *in camera* review, by March 28, 2018. Axis may submit copies of the documents in hard copy form or via e-mail at coughenourorders@wawd.uscourts.gov. A cover page should be included with the documents clearly indicating that they are being submitted solely for purposes of *in camera* review and are not to be filed or entered into the Court's online case management and electronic case filing system, CM/ECF. The Clerk is DIRECTED to re-note Plaintiff's motion to compel (Dkt. No. 74) to March 28, 2018.

1   DATED this 21st day of March 2018.

2                                          William M. McCool
                                           Clerk of Court
3
                                           s/Tomas Hernandez
4                                          Deputy Clerk