THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, *et al.*, | CASE NO. C17-0784-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AXIS SURPLUS INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Axis Surplus Insurance Company's motion for relief from the Court's scheduling order and leave to file an amended answer and counterclaim (Dkt. No. 98). The Court previously ordered that any pleading amendment be concluded in this matter by October 20, 2017. (Dkt. No. 25.) Axis seeks relief from this order to file an amended answer to allege a counterclaim of insurance fraud. (Dkt. No. 98 at 2–3.) Axis asserts that sufficient facts to support this claim were only made available through discovery. (*Id.*) The other parties do not oppose Axis' motion and Plaintiffs have consented to the motion. (*Id.*); *see* Fed. R. Civ. P. 15(a)(2). Accordingly, AXIS' motion (Dkt. No. 98) is GRANTED. AXIS may file its amended answer, as proposed (Dkt. No. 99-1 at 2–31) within seven (7) days of

1 | this order.

2 | DATED this 11th day of July 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER C17-0784-JCC
PAGE - 2