THE HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, a Washington Limited Liability Company; PREMIER HARVEST LLC, a Alaska Limited Liability Company; PREMIER HARVEST ADAK LLC, an Alaska Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>AXIS SURPLUS INSURANCE COMPANY, a Foreign Corporation; CUNNINGHAM LINDSEY U.S., INC., a Foreign Corporation,<br><br>Defendants. | No.: 17-cv-00784-JCC<br><br>**DECLARATION OF CRAIG H. BENNION IN SUPPORT AXIS SURPLUS INSURANCE COMPANY'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, SEPTEMBER 14, 2018** |

1. I am over the age of eighteen and am competent to testify to the facts and matters contained herein, which are based upon my personal knowledge.

2. I am an attorney at Cozen O'Connor, representing Defendant AXIS Surplus Insurance Company in this matter.

3. On December 7, 2017, AXIS served requests for production of documents on the plaintiffs. A true and correct copy of these discovery requests is attached as Exhibit A.

4. Plaintiffs served answers and objections on January 29, 2018. Plaintiffs thereafter provided copies of their 2012-2015 federal tax returns, but told AXIS that they

DEC. OF CRAIG H. BENNION IN SUPPORT AXIS SURPLUS INS. CO.'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 1
NO.: 17-CV-00784-JCC
LEGAL\38036924\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

regarded all other financial documents irrelevant, including all financial records from after the weather events.

5. On February 16, 2018, I sent a letter to Plaintiffs' counsel explaining the deficiencies in their production. Attached as Exhibit B is a true and correct copy of that letter.

6. On February 23, 2018, counsel held a "meet and confer" discovery conference. At that meeting, counsel for Plaintiffs asserted that post-storm data was irrelevant, but assured that nonetheless, the QuickBooks records would be produced. However, on February 28, Plaintiffs' counsel advised that the records stored electronically by QuickBooks had been deleted because Premier Harvest failed to pay several outstanding invoices and QuickBooks closed the account.

7. Attached as Exhibit C is a true and correct copy of an August 1, 2016 letter from Amy O'Rorke to Dustin L. Anderson acknowledging receipt of claim. [ASIC_CLM0002264-2268].

8. Attached as Exhibit D is a true and correct copy of excerpts of the July 19, 2018 deposition transcript of Robert McMillen. [McMillen 37:19-39:6; 97:8-98:11].

9. Attached as Exhibit E is a true and correct copy of excerpts of the August 20, 2018 rough draft of Lisa Anderson's deposition transcript. The final transcript is not yet available. [Lisa Dep. 7:18-9:2.]

10. Attached as Exhibit F is a true and correct copy of a February 28, 2018 email from Ian Birk responding to my email of February 26, 2018.

11. Attached as Exhibit G is a true and correct copy of excerpts of the John G. Price Deposition transcript. [Price dep. 12:5-13:1; 30:10-31:7; 31:19-32:20; 42:5-43:4; 77:9-80:2].

12. Attached as Exhibit H is a true and correct copy of a September 29, 2016 email exchange between John Price and Ellie Garcia of Premier Harvest. [Price dep. Ex. 16]

13. Attached as Exhibit I is a true and correct copy of a October 20, 2016 email from Elizabeth Garcia of Premier Harvest to John Price. [Price dep. Ex. 18].

DEC. OF CRAIG H. BENNION IN SUPPORT AXIS SURPLUS INS. CO.'S MOTION FOR SANCTIONS FOR SPOILATION OF EVIDENCE - 2
NO.: 17-CV-00784-JCC
LEGAL\38036924\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATED AND SIGNED this 30th day of August, 2018, at Seattle, Washington.

*/s/ Craig H. Bennion*
Craig H. Bennion

DEC. OF CRAIG H. BENNION IN SUPPORT AXIS SURPLUS
INS. CO.'S MOTION FOR SANCTIONS FOR SPOILATION OF
EVIDENCE - 3
NO.: 17-CV-00784-JCC
LEGAL\38036924\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

Jeffrey I. Tilden, WSBA #12219     jtilden@gordontilden.com, eevans@gordontilden.com
Greg D. Pendleton, WSBA #38361     gpendleton@gordontilden.com, chudson@gordontilden.com
**GORDON TILDEN THOMAS & CORDELL, LLP**
*Attorneys for Plaintiffs*

William C. Smart, WSBA #8192     wsmart@kellerrohrback.com; iruiz@kellerrohrback.com; isaac-ruiz-3420@ecf.pacerpro.com, isaacinseattle@outlook.com, ndyakanoff@kellerrohrback.com, plewis@kellerrohrback.com, shannon-mckeon-5068@ecf.pacerpro.com, smckeon@kellerrohrback.com, william-smart-9110@ecf.pacerpro.com
Isaac Ruiz, WSBA #35237     iruiz@kellerrohrback.com, chris-jarman-3335@ecf.pacerpro.com, cjarman@kellerrohrback.com, gabriel-verdugo-1773@ecf.pacerpro.com, gverdugo@kellerrohrback.com, isaac-ruiz-3420@ecf.pacerpro.com, isaacinseattle@outlook.com, kathryn-knudsen-1138@ecf.pacerpro.com, ndyakanoff@kellerrohrback.com, plewis@kellerrohrback.com, shannon-mckeon-5068@ecf.pacerpro.com, smckeon@kellerrohrback.com
Ian S. Birk, WSBA #31431     ibirk@kellerrohrback.com, chris-jarman-3335@ecf.pacerpro.com, cjarman@kellerrohrback.com, ian-birk-6391@ecf.pacerpro.com, Kknudsen@kellerrohrback.com, ndyakanoff@KellerRohrback.com, smckeon@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
*Attorneys for Plaintiffs*

Joseph D. Hampton, WSBA #15297     jhampton@bpmlaw.com, dmarsh@bpmlaw.com, klangridge@bpmlaw.com
Vasudev N. Addanki, WSBA #41055     vaddanki@bpmlaw.com, dmarsh@bpmlaw.com
Kathryn N. Boling, WSBA #39776     kboling@bpmlaw.com, klangridge@bpmlaw.com
**BETTS, PATTERSON & MINES, P.S.**
*Attorneys for Defendant Cunningham Lindsey U.S. Inc.*

ATED AND SIGNED this 30th day of August, 2018.

COZEN O'CONNOR

By:    */s/ Craig H. Bennion*
       Craig H. Bennion, WSBA No. 11646

---

DEC. OF CRAIG H. BENNION IN SUPPORT AXIS SURPLUS INS. CO.'S MOTION FOR SANCTIONS FOR SPOILATION OF EVIDENCE - 4
NO.: 17-CV-00784-JCC
LEGAL\38036924\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000