THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, *et al.*, | CASE NO. C17-0784-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AXIS SURPLUS INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In light of Defendant Cunningham Lindsey's recently filed motion for summary judgment (Dkt. No. 126), noted for October 12, 2018, the Court deems it appropriate to renote Plaintiffs' pending motion for partial summary judgment (Dkt. No. 104).

The Clerk is directed to renote the motion for partial summary judgment (Dkt. No. 104) for Friday, October 12, 2018.

//
//
//

MINUTE ORDER
C17-0784-JCC
PAGE - 1

1       DATED this 21st day of September 2018.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk

MINUTE ORDER
C17-0784-JCC
PAGE - 2