UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PREMIER HARVEST LLC, *et al.*, | CASE NO. C17-0784-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AXIS SURPLUS INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 130). As such, the trial date is VACATED. The clerk is DIRECTED to terminate Defendant AXIS Surplus Insurance Company's motion to compel production (Dkt. No. 120) and motion for sanctions (Dkt. No. 107), Defendant Cunningham Lindsey U.S.'s motion for summary judgment (Dkt. No. 126), and Plaintiffs' motion for partial summary judgment (Dkt. No. 104). The parties are DIRECTED to file the appropriate dismissal paperwork or a joint status report by November 8, 2018.

//

//

1     DATED this 9th day of October 2018.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk

MINUTE ORDER
C17-0784-JCC
PAGE - 2